RECEIVED
IN THE CHAMBERS OF
RICHARD D. BENNETT
APR 26 2013

FILED ENTERED
LOGGED RECEIVED
APR 29 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

UNITED STATES DISTRICT COURT

CIVIL ACTION NO RDB-13-372

Dear Judge Bennett,

Enclosed is a letter from Patricia A. Vale Regional Executive Director - South To Congressman Elijah Cummings about The hate crime The "Jesus" on my cell door window at Eastern Correctional Institution (E.C.I.)

Remember I stated To you in my Request and on Complaint for The appointment of Counsel That (1) The picture of my cell window was Taken 2 months after The incident was Reported. At E.C.I every Saturday on The 7-3 shift its cell cleaning and Then cleaning (ie) General clean-up feed-up slots scrubbed windows and cell windows and doors washed. So for Two months on Saturday after The incident They've been cleaning The cell window so The blue ink maybe Gone but its engraved in The window so if you don't highlight it a camera won't show it. This ~~and~~ reason and because of The Correctional Officers who saw The "Jesus" on The cell window may ~~won't~~ not want To come forward against Their co-worker for fear of losing Their job. So for This reason and The fact That I'm Going To need an investigator who can Take The imprinted "Jesus" on The cell door glass window, match The handwriting and Treat The co-workers who witness The crime To be

Treated as hostile witnesses and cross-examined all this and more fact finding skills. I am a novice at best so I need counsel, I need someone who knows the jargon the law which I donat know. Not to be under scored the fact that I don't have access to the prison library. I really need a independent investigation in order to prove my case it seems this legal battle gets harder and harder but, Judge Bennett this struggle is nothing compared to the struggle of the civil rights movement during the time Dr. Martin Luther King. I don't have money, I don't have freedom, I don't have the support of my family, I've given up ~~alcohol~~ acohol and drugs, I only have my religion and the respect of my muslim community in and out of prison! So, I must fight for those who are afraid to or can't fight back, As a (Sunni) muslim my belief tells me that this battle wasn't just by chance, it was already preordained, for this to happen, so I must see it through!

May Allah guide you to the right path and bless you and all who stand for justice for the imprisoned!

P.S. The only way they can remove or get rid of the Jesus on the window is to break or remove the window or the whole door!

Sincerely, 224824
James Carlton Black
18601 Roxbury Road / MCI-H
Hagerstown, M.D. 21746

Also enclosed is a copy of the Inmate Grievance about Protective Custody being denied the use of the Legal Library! You see the Top is unassign-ed because the Sgt. at the Time I wrote it Gave me the run around! The the Sgt was told by the Tier Ofc. COII McCoy, the Tier rep Mike and another Ofc. I know his face but forgot his Name, I'll find him on the name if need be!

You see all these facts them using to dis-courage me from due process and the successful completion of my lawsuit! That and many other reasons are why I need legal represent-ation! These two copies of the letters I'm sending you Take me a 1 week To get and Thats only after a officer on another Tier I use To work for in 2010 who sympathic To my plight and knows my character, walk in The Case managers office Told Them To see me! His name is COII Clevenger, Mr. C.

Declare That everything mention above in fact is The Truth as I believe it To be!

Hagerstown M.D. 4-22-13

James C. Blackwell 224824

ELIJAH E. CUMMINGS
7TH DISTRICT, MARYLAND

R· ˈKING MEMBER, COMMITTEE ON
OVERSIGHT AND GOVERNMENT REFORM

COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE
SUBCOMMITTEE ON COAST
GUARD AND MARITIME TRANSPORTATION
SUBCOMMITTEE ON
HIGHWAYS AND TRANSIT

JOINT ECONOMIC COMMITTEE

# Congress of the United States
## House of Representatives
Washington, DC 20515

☐ 2235 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–2007
(202) 225–4741
FAX: (202) 225–3178

DISTRICT OFFICES:

☐ 1010 PARK AVENUE
SUITE 105
BALTIMORE, MD 21201–5037
(410) 685–9199
FAX: (410) 685–9399

☐ 754 FREDERICK ROAD
CATONSVILLE, MD 21228–4504
(410) 719–8777
FAX: (410) 455–0110

☐ 8267 MAIN STREET
ROOM 102
ELLICOTT CITY, MD 21043–9903
(410) 465–8259
FAX: (410) 465–8740

www.house.gov/cummings

April 4, 2013

Mr. James Blackwell, #224824
WCI
13800 McMullen Highway, SW
Cumberland, MD 21502

Dear Mr. Blackwell:

Enclosed, you will find a copy of the response I received from the Department of Public Safety and Correctional Services (DPSCS) regarding your concerns.

The letter from DPSCS indicates that your concerns were reviewed and a response was provided.

Please know that DPSCS has procedures in place for an inmate to use to have his or her concerns reviewed.

Sincerely,

Elijah E. Cummings
Member of Congress

EEC/dg

Enclosure



**Department of Public Safety and Correctional Services**

**South Region**
14735 MAIN STREET • BOURNE WING • ROOM 068B • UPPER MARLBORO • MARYLAND 20772
(301) 780-6847 • FAX (301) 780-6849 TTY USERS 1-800-735-2258 • www.dpscs.maryland.gov

STATE OF MARYLAND

MARTIN O'MALLEY
GOVERNOR

ANTHONY G. BROWN
LT. GOVERNOR

GARY D. MAYNARD
SECRETARY

G. LAWRENCE FRANKLIN
DEPUTY SECRETARY
ADMINISTRATION

J. MICHAEL STOUFFER
DEPUTY SECRETARY
OPERATIONS

RHEA L. HARRIS
ASSISTANT SECRETARY/
CHIEF OF STAFF

PATRICIA A. VALE
REGIONAL EXECUTIVE DIRECTOR
SOUTH REGION

DAVID DAWKINS
DIRECTOR
COMMUNITY SUPERVISION

ANNE ARUNDEL COUNTY
CALVERT COUNTY
CAROLINE COUNTY
CECIL COUNTY
CHARLES COUNTY
DORCHESTER COUNTY
KENT COUNTY
PRINCE GEORGE'S COUNTY
QUEEN ANNE'S COUNTY
SOMERSET COUNTY
ST. MARY'S COUNTY
TALBOT COUNTY
WICOMICO COUNTY
WORCESTER COUNTY

WILLIAM O. FILBERT, JR.
DIRECTOR
CORRECTIONS

EASTERN CORRECTIONAL
INSTITUTION
EASTERN CORRECTIONAL
INSTITUTION – ANNEX
POPLAR HILL PRE-RELEASE UNIT
JESSUP CORRECTIONAL
INSTITUTION
MARYLAND CORRECTONAL
INSTITUTION-JESSUP
MARYLAND CORRECTIONAL
INSTITUTION – WOMEN
MARYLAND CORRECTIONAL
PRE-RELEASE SYSTEM
BROCKBRIDGE CORRECTIONAL
FACILITY
EASTERN PRE-RELEASE UNIT
JESSUP PRE=RELEASE UNIT
SOUTHERN MARYLAND
PRE-RELEASE UNIT

April 2, 2013

The Honorable Elijah E. Cummings
Congress of the United States
House of Representatives
1010 Park Avenue, Suite 105
Baltimore, MD 21201-5037

Dear Congressman Cummings:

Thank you for your February 13, 2013 correspondence to Deputy Secretary of Operations (DSO) J. Michael Stouffer, regarding Mr. James Blackwell, #224824, who is currently housed at the Eastern Correctional Institution (ECI). In Mr. Blackwell's letter to you, he made allegations of being harassed by Officer Travers of his religious beliefs (Muslim) and a written Christian hate crime remark on his cell door window. DSO Stouffer has received your correspondence and asked that I respond on this behalf.

A thorough investigation was conducted into Mr. Blackwell's allegations. It revealed that these allegations were previously investigated and addressed through the Administrative Remedy Process (ARP Case #ECI 0242-13), dated February 12, 2013. Mr. Blackwell stated that he did not witness the alleged hate crime and he failed to produce any witnesses. *Pictures of the cell door were taken and no visible markings could be found. On February 12, 2013 and March 22, 2013, interviews were conducted with Mr. Blackwell to address his concerns. He stated that he would sign-off or withdraw his complaint if funds are placed into his inmate and commissary accounts. Also, he requested a single cell, extra ice and toilet paper, daily. He was told that no funds will be placed in his accounts and his other requests could not be accommodated unless medical documentation was issued. Mr. Blackwell stated that he will take it to the Federal Court. The accused officer was interviewed and stated he had conversations with Mr. Blackwell during the performance of his duties, but never had any issues or physical contact with him.

Again, thank you for bringing Mr. Blackwell's concerns to our attention. If I may be of further assistance, please feel free to contact me.

Sincerely,

Patricia A. Vale
Regional Executive Director-South

PAV/WOF/KSG/tm/me

C: J. Michael Stouffer, Deputy Secretary of Operations
Rhea L. Harris, Assistant Secretary/Chief of Staff
William O. Filbert, Jr., Director-Corrections, South
Kathleen S. Green, Warden, ECI
Inmate Case Record

Appendix 3 to DCD 185-002

Officer's Name: Print and Signature _______________ Date _______________

CASE NO. _______________

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)

TO: [X] Warden of Institution

Emergency Request: [X] Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Blackwell, James | C. | 224824 | MCI-H

Last Name, First Name | Middle Initial | DOC Number | Institution

Housing Location H2/18 Protective Custody [X] Administrative Segregation [ ] Disciplinary Segregation [ ]

**Part A – INMATE REQUEST**

On 4-12-2013 the [illegible] inmate was told that he will not be [illegible] the use of the prison law library. Administration [illegible], because protective custody unit is new to this prison is the [illegible]. But all other functions of the use of the prison facilities are [illegible] [illegible] [illegible], [illegible], [illegible], commissary etc. [illegible] [illegible] — James C. Blackwell 224824

4-12-13

Date

Signature of Inmate

**Part B – RESPONSE**

Date _______________ Signature of Warden _______________

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**

Case No. _______________

RETURN TO: _______________

Last Name, First Name, Middle Initial | DOC Number | Institution

I acknowledge receipt of your complaint dated _______________ in regard to: _______________

Date _______________ Institutional ARP Coordinator _______________

Original: White – Institutional ARP Coordinator
Copy: Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

[illegible] **Part A (Continued) – INMATE REQUEST** ~~[illegible]~~

Denying me access to the library. Not only hampering my criminal case but my "1983" lawsuit that I've filed and am in the process of exhausting the administrative remedies! Also not to be under scored the general inmate population has access to the library so by denying me the same access, shows discrimination, deliberate indifference and violate my right of due process! [illegible] [illegible] of law in the [illegible] is a true [illegible] waste of State time and money also I'm being denied the copy machine access. All these are U.S. Constitutional violations. 1st 8th 14th amendment. See, Murphy v. Williams, 465 F. 3d [illegible] ([illegible] Cir. 2006) See also: Marquez v. Fontenot, 877 F. Supp 673 (E.D. Tex. 1995). [illegible] Bounds v. [illegible] [illegible] [illegible] on protective custody [illegible] [illegible] the same access to the library as the other inmates in general population. [illegible] to sign since [illegible] [illegible] the [illegible]!

Access and a right to proper library [illegible] of computers, copy machine etc.

4-12-13
Date

[signature] 224124
Inmate's Name: Print and Signature DOC #

James [illegible] Blackwell 224124